**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| SALEEVAN ADAN, | : | PRISONER ACTION |
| Saleeban Adan, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| UNNAMED, | : | CIVIL ACTION NO. |
|     Respondent. | : | 1:19-CV-4115-TWT-JFK |

**UNITED STATES MAGISTRATE JUDGE'S**
**FINAL REPORT AND RECOMMENDATION**

Petitioner Saleevan Adan, Georgia Department of Corrections number 1000439372, confined in the Georgia Diagnostic Classification Prison in Jackson, Georgia, has submitted a letter to the Court, which the Clerk of Court filed as a 28 U.S.C. § 2254 petition. In his letter, Petitioner refers to a civil rights action that he filed in the United States District Court for the Middle District of Georgia and has attached a copy of the Order dismissing the action under 28 U.S.C. § 1915(g). (Compl. and Attach. Order in Case No. 5:19-cv-00026-MTT-MSH, ECF No. 1). Plaintiff seeks help from this Court and appears to ask that he be allowed to pay the filing fee incrementally. (Compl. at 1-2). Plaintiff, without explanation, also has attached (1) copies of transcripts related to his DeKalb County criminal case numbers 01-CR-5128-09 and 10-CR-3931-9 and state habeas-corpus proceeding and (2) copies of the final

disposition, indictment, and a number of orders in case number 01-CR-5128-9.  (Id., Attachs.).[1]

For the reasons stated below, it is recommended that this action be dismissed without prejudice.  This Court is without authority to review a decision by the United States District Court for the Middle District of Georgia and, based on application of § 1915(g), there appears no reason to transfer this action to the Middle District of Georgia.  It is not recommended that Petitioner's pleadings be construed as a federal habeas corpus challenge to his 01-CR-5128-9 conviction as any challenge to that conviction would be successive.  Further, based on Petitioner's letter to the Court and the lack of any coherent statement that Petitioner intended to file a habeas petition, it is not recommended that Petitioner's pleadings be construed as a federal habeas corpus challenge to his 10-CR-3931-9 conviction.  It is recommended, however, that the Clerk of Court be directed to forward Petitioner a federal habeas corpus form petition for him

---

[1] In September 2016, in an earlier case in this Court, Petitioner's federal habeas corpus challenge to his conviction in DeKalb County case number 01-CR-5128 was dismissed as untimely.  Adan v. Toole, No. 1:15-cv-4256-WSD-JFK (N.D. Ga. Sept. 23, 2016).  The petition in that case was not deemed to challenge Petitioner's conviction in case number 10-CR-3931-9, and the Court notes that it incorrectly referred to Petitioner's DeKalb County conviction in case number 10-CR-3931-9 as a Baldwin County conviction.  R&R at 2 n.1, Adan, No. 1:15-cv-04256-WSD-JFK.

to use in the event that he decides that he wishes to file a federal habeas corpus petition.

Accordingly,

**IT IS RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** and that the Clerk of Court be **DIRECTED** to forward to Petitioner a federal habeas corpus form petition for his use should he determine that he wishes to file a federal habeas corpus petition.

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**IT IS SO RECOMMENDED and DIRECTED**, this 19th day of September, 2019.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE