IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALEEVAN ADAN
SALEEBAN ADAN,

    Petitioner,

    v.

UNNAMED RESPONDENT(S)

    Respondent.

CIVIL ACTION FILE
NO. 1:19-CV-4115-TWT

## ORDER

This is a pro se prisoner civil action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action without prejudice. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 17 day of October, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\19\Adan\19cv4115\r&r.docx